AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

UNITED STATES OF AMERICA

V.

AUSTIN KYLE LEE
a/k/a "Justin"

**WARRANT FOR ARREST**

CRIMINAL CASE: 7:18-CR-00153-1FL(3)

To: The United States Marshal and any Authorized United States Officer. YOU ARE HEREBY COMMANDED to arrest

**AUSTIN KYLE LEE** and he/she shall be brought before the nearest Magistrate/Judge to answer an

__X__ Indictment _____ Superseding Indictment _____ Criminal Information ___ Complaint

_____ Order of Court: ___ Violation Notice ___ Probation Violation Petition charging him/her with:

Count 1 - 21 U.S.C. §§ 841(a)(1) and 846: Conspiracy to distribute and possess with the intent to distribute one (1) kilogram or more of a mixture or substance containing a detectable amount of heroin, a quantity of marijuana, and five (5) kilograms or more of cocaine
Count 2 - 21 U.S.C. § 841(a)(1): Distribute a quantity of heroin
Count 3 - 21 U.S.C. § 841(a)(1): Distribute a quantity of heroin
Count 4 - 21 U.S.C. § 841(a)(1): Distribute a quantity of heroin
Count 5 - 21 U.S.C. § 841(a)(1): Possess with the intent to distribute one hundred (100) grams or more of a mixture or substance containing a detectable amount of heroin, a quantity of marijuana, and a quantity of cocaine
Count 6 - 18 U.S.C. § 824(c)(1)(A): Possession of a firearm in furtherance of a drug trafficking crime
Count 7 - 18 U.S.C. §§ 922(g)(1) and 924: Possession of a firearm by a convicted felon

Peter A. Moore, Jr.
Name of Issuing Officer

Signature of Issuing Officer by Deputy Clerk

Clerk of Court
Title of Issuing Officer

October 3, 2018 - RALEIGH, NORTH CAROLINA
Date and Location

Recommended Bond: DETENTION

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at |

| DATE RECEIVED 10/4/18 | NAME AND TITLE OF ARRESTING OFFICER | NAME AND TITLE OF ARRESTING |
|---|---|---|
| DATE OF ARREST 10/8/18 | Gilbert DeLarosa, FBI | S. Tanner USMS E/NC |

**FILED**

OCT 1 0 2018

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case 7:18-cr-00153-FL   Document 11   Filed 10/10/18   Page 1 of 1