IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:18-CR-153-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | ORDER REGARDING *PRO SE* |
| vs. | MOTIONS FILED BY THE |
| | DEFENDANT AND EXTENSION OF |
| AUSTIN KYLE LEE, | TIME TO FILE PRETRIAL MOTIONS |
| Defendant. | |

Based on the Notice to Abandon Motions and the Unopposed Request for Extension of Time to File Motions provided by appointed Counsel of the Defendant, the *pro se* motions filed by the Defendant at Docket Entries [32], [33], and [34] as delineated in counsel's Notice are hereby dismissed without prejudice to counsel including, in part, in subsequent filings with this Court the arguments in the Defendant's *pro se* Motion to Suppress [DE 34] and the unopposed request for extension of time filed by Counsel is hereby GRANTED and ALLOWED and Counsel is granted until March 18, 2019 to file pretrial motions as contemplated by the Scheduling Order [DE 10] and the Government is allowed until April 1, 2019 to file responses thereto.

The time delay occasioned by this motion is to be excluded from speedy trial computations pursuant to 18 U.S.C. § 3161(h)(7)(A) in that the ends of justice outweigh the interest of the defendant and the public to a speedy trial.

IT IS SO ORDERED AND DIRECTED.

Entered at Chambers this the 15th day of February, 2019.

_____
THE HONORABLE LOUISE WOOD FLANAGAN
UNITED STATES DISTRICT COURT JUDGE

1