IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:18-CR-153-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AUSTIN KYLE LEE, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's pro se motion for return of property (DE 38) and motion to dismiss on Speedy Trial Act violation (DE 39), filed on March 8, 2019. Defendant's pro se motions are DISMISSED, and defendant is DIRECTED to cease his writings to the court, and to act only through is appointed counsel.

The defendant is advised that a pro se motion submitted by a defendant who has counsel and entered on the docket by the clerk's office will be terminated as a pending motion by the clerk's office without further order from the court.

SO ORDERED, this 11th day of March, 2019.

Louise W. Flanagan
United States District Judge