IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:18-CR-153-1-FL

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| AUSTIN KYLE LEE, | ) | |

This matter came before the court for hearing on motion by Walter Hoyt Paramore, III, attorney for the defendant, seeking leave to withdraw as defense counsel. (DE 44). After consideration of the arguments, the motion is DENIED. Walter Hoyt Paramore, III, shall remain as defense counsel in this matter.

It is ORDERED that the arraignment is continued to the court's June 4, 2019, term in New Bern. All pretrial motions, including motions to compel discovery, motions to suppress, and motions under Rules 7, 8, 12, 13, 14, 16, and 41 of the Federal Rules of Criminal Procedure, shall be filed no later than **May 13, 2019.** Responses to motions shall be filed no later than **May 27, 2019.** Untimely motions and motions filed in disregard of Local Criminal Rules 12.2 and 16.1, may be summarily denied

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED, this _16_ day of April, 2019.

ROBERT B. JONES, JR.
United States Magistrate Judge