UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:18-CR-153-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| AUSTIN KYLE LEE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter coming on and being heard through the undersigned U.S. District Court Judge upon counsel's Motion to Seal Motion to Withdraw as Counsel of Record, Docket Entry Number 84, filed on November 7, 2019, is made for good cause;

IT IS HERBY ORDERED, ADJUDGED AND DECREED that the Motion to Withdraw as Counsel of Record, Docket Entry Number 84, be sealed.

This __7th__ day of __November__, 2019.

_____
THE HONORABLE LOUISE W. FLANAGAN
United States District Judge