IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CR-00153-FL

**United States of America**,

v.

**Austin Kyle Lee**,

        Defendant.

**Order Setting Hearing**

      The court will hold a hearing on Lee's Motion to Suppress on Tuesday, May 05, 2020 at 10:00 a.m. in Courtroom 2 on the Seventh Floor of the Terry Sanford Federal Building and Courthouse at 310 New Bern Avenue, Raleigh, North Carolina.

      No later than May 1, 2020, counsel for each side shall:

      1.     File a list of witnesses counsel expects to call at the hearing. The witness list shall specify the subject matter of each witness's testimony and provide an estimate of the length of direct examination for each witness.

      2.     Submit two notebooks to the court that contain the exhibits each party intends to offer at the hearing, except for exhibits used solely for impeachment purposes.

      The Clerk of Court and United States Marshal shall take the necessary steps to ensure that the defendant is present at the hearing.

      The court reminds the parties that under Local Rule 24.1 if a party intends to use courtroom technology, including but not limited to any audio equipment, video equipment, or the document presentation system, counsel must notify the case manager and request training from the court's information technology staff for the person or persons who will be operating the courtroom technology. No later than seven days prior to the hearing, counsel must file a certification provided by the court's technology staff that they have completed the required training.

Dated: April 21, 2020

*Robert T. Numbers II*
_____
Robert T. Numbers, II
United States Magistrate Judge