```
                    UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                          SOUTHERN DIVISION

                        No. 7:18-CR-153-FL-1
```

UNITED STATES OF AMERICA       )
                               )
     v.                        )      **DEFENDANT'S MOTION TO SEAL**
                               )      **[DOCKET ENTRY NUMBER 229]**
AUSTIN KYLE LEE,               )
                               )
          Defendant.           )

Defendant, Diona Rich, by and through undersigned appointed counsel, hereby requests that Docket Entry Number 229 be sealed for the reasons set forth in the Motion.

**WHEREFORE**, undersigned counsel respectfully prays for the sealing of Docket Entry Number 229.

Respectfully submitted, this 7th day of June, 2021.


    DYSART WILLIS HOUCHIN & HUBBARD

By: /s/ Christian E. Dysart            /s/ Geoffrey Ryan Willis
    CHRISTIAN E. DYSART                GEOFFREY RYAN WILLIS
    N.C. State Bar NO. 36734           N.C. State Bar NO. 33004
    christian@dysartwillis.com         ryan@dysartwillis.com
    530 Hillsborough St., Suite 200    530 Hillsborough St., Suite 200
    Raleigh, NC 27603                  Raleigh, NC 27603
    Telephone: (919) 747-8380          Telephone: (919) 747-8380
    Facsimile: (919) 882-1222          Facsimile: (919) 882-1222
    *APPOINTED ATTORNEY FOR*           *APPOINTED ATTORNEY FOR*
    *DEFENDANT*                        *DEFENDANT*

1

/s/ M. Linsay Boyce                 /s/ Meredith Pace Brewer
M. LINSAY BOYCE                     MEREDITH PACE BREWER
N.C. State Bar No. 54336            N.C. State Bar No. 52324
linsay@dysartwillis.com             brewer@dysartwillis.com
530 Hillsborough St., Suite 200     530 Hillsborough St., Suite 200
Raleigh, NC  27603                  Raleigh, NC  27603
Telephone: (919) 747-8380           Telephone: (919) 747-8380
Facsimile: (919) 882-1222           Facsimile: (919) 882-1222
*APPOINTED ATTORNEY FOR*            *APPOINTED ATTORNEY FOR*
*DEFENDANT*                         *DEFENDANT*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing **DEFENDANT'S MOTION TO SEAL [DOCKET ENTRY NUMBER 229]** was served upon counsel of record with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to the following counsel of record:

> Lucy Partain Brown
> Robert J. Dodson
> Matthew Lee Fesak
> Assistant United States Attorney
> United States Attorney's Office
> 150 Fayetteville Street, Suite 2100
> Raleigh, North Carolina 27601
> lucy.brown@usdoj.gov
> robert.dodson@usdoj.gov
> matthew.fesak@usdoj.gov

This, the 7th day of June, 2021.

>                    DYSART WILLIS HOUCHIN & HUBBARD
>
>                By: /s/ Geoffrey Ryan Willis
>                    GEOFFREY RYAN WILLIS
>                    N.C. State Bar No. 33004
>                    E-mail: ryan@dysartwillis.com
>                    530 Hillsborough Street, Suite 200
>                    Raleigh, NC 27603
>                    Telephone: (919) 747-8380
>                    Facsimile: (919) 882-1222
>                    *APPOINTED ATTORNEY FOR*
>                    *DEFENDANT*